FILED BY _____ D.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

05 AUG -1  PM 5: 04

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | | |
|---|---|---|
| ALLEN R. CARSON, SR., | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-2098 Ml/V |
| | ) | |
| TECHNICOLOR VIDEOCASSETTE OF | ) | |
| MICHIGAN, INC., d/b/a | ) | |
| TECHNICOLOR, | ) | |
| | ) | |
|     Defendant. | ) | |

## ORDER RESETTING TRIAL DATE

The Court hereby RESETS the trial date in this matter to Monday, November 21, 2005, at 9:30a.m. in courtroom no. 4.

IT IS SO ORDERED this ___ day of August, 2005.

_____

JON P. McCALLA
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _____

19

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 19 in case 2:04-CV-02098 was distributed by fax, mail, or direct printing on August 2, 2005 to the parties listed.

---

Allen R. Carson
4264 Caryhill Dr.
Memphis, TN 38141

David M. Rudolph
MARTIN TATE MORROW & MARSTON
6410 Poplar Ave.
Ste. 1000
Memphis, TN 38119

Honorable Jon McCalla
US DISTRICT COURT