IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED 05 SEP 13 PM 3:19

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

|  |  |  |
|---|---|---|
| ALLEN R. CARSON, SR., | X | |
| Plaintiff, | X | |
| vs. | X | No. 04-2098-Ml/V |
| TECHNICOLOR VIDEOCASSETTE OF MICHIGAN, INC. (a/k/a TECHNICOLOR), | X | |
| Defendant. | X | |

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR TWO WEEK
EXTENSION TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY
JUDGMENT ON THE GROUND OF JUDICIAL ESTOPPEL
AND MEMORANDUM IN SUPPORT THEREOF**

Before the Court is Plaintiff's Unopposed Motion for Two Week Extension to Respond to Defendant's Motion for Summary Judgment on the Ground of Judicial Estoppel and Memorandum in Support Thereof, filed September 9, 2005. Plaintiff moves specifically for an extension of time until September 23, 2005. Good cause having been shown, the Court GRANTS the motion.

So ORDERED this 13 day of September, 2005.

JON P. McCALLA
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 9-13-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 25 in case 2:04-CV-02098 was distributed by fax, mail, or direct printing on September 13, 2005 to the parties listed.

---

Reva M. Kriegel
LAW OFFICE OF REVA M. KRIEGEL
266 S. Front St.
Ste. 206
Memphis, TN 38103

Allen R. Carson
4264 Caryhill Dr.
Memphis, TN 38141

David M. Rudolph
MARTIN TATE MORROW & MARSTON
6410 Poplar Ave.
Ste. 1000
Memphis, TN 38119

Honorable Jon McCalla
US DISTRICT COURT